# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 8:10CR315 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| MARCOS GOMEZ-QUINTEROS, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the motion to continue by defendant Marcos Gomez-Quinteros (Gomez-Quinteros) (Filing No. 16). Gomez-Quinteros seeks a continuance of the trial of this matter which is scheduled for October 25, 2010. Gomez-Quinteros's counsel has represented to the court that Gomez-Quinteros will submit an affidavit wherein Gomez-Quinteros represents that he consents to the motion and acknowledges he understands the additional time may be excludable time for the purposes of the Speedy Trial Act. Gomez-Quinteros's counsel represents that government's counsel has no objection to the motion. Upon consideration, the motion will be granted.

**IT IS ORDERED:**

1. Gomez-Quinteros's motion to continue trial (Filing No. 16) is granted.

2. Trial of this matter is re-scheduled for **November 22, 2010,** before Chief Judge Joseph F. Bataillon and a jury. The ends of justice have been served by granting such motion and outweigh the interests of the public and the defendant in a speedy trial. The additional **time** arising as a result of the granting of the motion, i.e., the time between **October 19, 2010, and November 22, 2010,** shall be deemed **excludable** time in any computation of time under the requirement of the Speedy Trial Act for the reason that defendant's counsel requires additional time to adequately prepare the case. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(A) & (B).

DATED this 19th day of October, 2010.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge